**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NESTOR RAFAEL ALVAREZ ROJAS,

      Petitioner,

v.                             Case No. 3:26-cv-368-WWB-LLL

WARDEN, BAKER COUNTY DETENTION
CENTER, et al.,

      Respondents.

_____

## ORDER

Petitioner, with help from counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). He is proceeding on an Amended Petition. (Doc. 3). Petitioner asserts the United States Immigration and Customs Enforcement ("**ICE**") is violating its rules and regulations by detaining him under 8 U.S.C. § 1225(b)(2); he is entitled to relief as a member of the Bond Denial Class and Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *final judgment entered*, 2025 WL 3713982 (C.D. Cal.); and his detention violates his due process rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and the Fifth Amendment. (*See generally* Doc. 3). As relief, he seeks, *inter alia*, immediate release from ICE custody and an order enjoining ICE from transferring him during the pendency of this action. (*Id.* at 36–37).

Before the Court is Petitioner's Motion for a Temporary Restraining Order ("**Motion**"). (Doc. 8). In the Motion, Petitioner again alleges that ICE is unlawfully detaining him under § 1225; he is a member of the certified class in *Bautista*; and his

detention violates his due process rights.  (*See generally* Doc. 8-2).  He similarly asks the Court to order his immediate release and enjoin Respondents from transferring him during the pendency of this action.  (Doc. 8 at 1–2).

Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint."  *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1983).  Here, Petitioner seeks not to preserve the status quo, but to obtain the affirmative relief sought in the Amended Petition on an expedited basis.  Therefore, Petitioner's Motion is denied without prejudice.

Accordingly, it is **ORDERED** that Petitioner's Motion (Doc. 8) requesting a temporary restraining order is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on March 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:      Counsel of record

2